ARRENVA V. BACLE ET AL. V. MILFORD OIL COMPANY.

No. 7299.  Decided July 7, 1937.

(107 S. W., 2d Series, 355.)

*Banks & Nichols,* of Marshall, for relators.

*Printice Wilson,* of Dallas, for respondent.

PER CURIAM:

It is ordered by the Court that the writ of prohibition petitioned for by the relators be and the same is hereby granted as prayed for in the application and as agreed to by the sworn answer of the respondent on file in this cause.

Opinion delivered July 7, 1937.